UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THEODORE MERCHANT, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> CHELAN DOUGLAS PUBLIC ) <br> TRANSPORTATION BENEFIT AREA ) <br> d/b/a LINK TRANSIT, ) <br> ) <br> Defendant. ) <br> ) | NO.  CV-10-0426-LRS <br><br> ORDER OF DISMISSAL |

Pursuant to the stipulation of all parties (ECF No. 21) filed January 3, 2012, **IT IS HEREBY ORDERED** that the above-entitled cause of action shall be and is hereby dismissed with prejudice and without an award of attorney's fees or costs to any party.

The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

**DATED** this 5th day of January, 2012.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 1